FILED
JAN 2 3 2018

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) Case No. 17-cr-01028-BTM-22 |
|---|---|
| v. | ) **JUDGMENT AND ORDER OF DISMISSAL OF INDICTMENT AS TO THIS DEFENDANT ONLY** |
| PHYLICIA RENEE APPLEWHITE (22) | ) |
| Defendant, | ) |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the Indictment in the above entitled case be dismissed without prejudice as to this Defendant only.

IT IS SO ORDERED.

DATED: January 22, 2018

The Honorable Barry Ted Moskowitz
Chief Judge
United States District Court